**JS-6**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATASHA L., <br><br>        Plaintiff, <br><br>      v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br>        Defendant. | Case No. CV 21-1486 DMG (MRW) <br><br><br> JUDGMENT |

     Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

     It is the judgment of this Court that the decision of the Administrative Law Judge is VACATED, and the matter is REMANDED to the Social Security Administration on an open record for further proceedings consistent with the Court's order.

DATED:  March 23, 2023

                                          _____

                                     DOLLY M. GEE
                                     UNITED STATES DISTRICT JUDGE